IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-00054-01-CR-W-ODS |
| WILLIAM D. CAMMISANO, JR., | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On March 8, 2010, the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's plea of guilty to Count 1 of the Information be accepted and that Defendant be adjudged guilty and be sentenced accordingly. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court agrees with the Report's conclusion that Defendant knowingly and voluntarily pled guilty and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Judge Maughmer's Report and Recommendation (Doc. # 7) is adopted as the Order of the Court. Defendant's plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 of the Information.
IT IS SO ORDERED.

DATE: March 24, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT